UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| No. | CV 26-6448-AS | Date | August 28, 2026 |
| Title | *Garland Horton v. Blue Star Spa Inc. and Hashem 26, LLC* | | |

| | |
|---|---|
| Present: The Honorable | Alka Sagar, United States Magistrate Judge |

| | |
|---|---|
| Alma Felix | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings (In Chambers):** **ORDER TO SHOW CAUSE**

On July 13, 2026, the parties filed a notice of settlement. (Dkt. No. 11). On the same date, the Court issued an Order directing the parties to file a stipulation for dismissal of this case by no later than August 12, 2026. (Dkt. No. 12). To date, the parties have failed to file it.

For this reason, Plaintiff is ORDERED TO SHOW CAUSE in writing, within fourteen (14) days of the date of this Order, why this case should not be dismissed without prejudice for failure to obey a court order. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

: 00

Initials of Preparer